UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JASON PANZA,

       Plaintiff,

                                       Case No. 11- 15390

       V.

                                       Magistrate Judge Laurie J. Michelson

MICHAEL W. MAY, et al,

       Defendants.

_____/

**ORDER SATISFYING ORDER TO SHOW CAUSE**

     On December 16, 2011, Defendants were ordered to show cause (Dkt. 5) why the above entitled case should not remanded to Wayne County Circuit Court.  The Court having read Defendants' response and being fully advised in the premises;

     **IT IS HEREBY ORDERED** that the Order to Show Cause is satisfied and that no further submissions are required at this time.

     **SO ORDERED.**

                              s/Laurie J. Michelson
                              LAURIE J. MICHELSON
                              UNITED STATES MAGISTRATE JUDGE

Dated:  February 3, 2012

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 3, 2012.


s/Jane Johnson
Deputy Clerk